**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| WELLS FARGO BANK, NA, | : | No. 9 MM 2018 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| RANCE M. STRUNK, SR. & DARLENE M. STRUNK, | : | |
| | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 12th day of March, 2018, the Petition Requesting Relief through the Exercise of King's Bench Powers or Extraordinary Jurisdiction is DENIED, and the Application for Leave to File Answer *Nunc Pro Tunc* is DISMISSED AS MOOT.